David Ross (FL Bar No. 337110)
ROSS, ROSE & HAMMILL, LLP
433 North Camden Drive, Suite 980
Beverly Hills, California 90210
Mailing Address:
Post Office Box 18137
Beverly Hills, California 90209
Telephone:   (310) 860-9620
Facsimile:   (310) 860-9624
Email:       dross@rrhlaw.com

Attorney for Plaintiff,
ROXANNE HERCULES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROXANNE HERCULES | ) | Case No. CV-07-00270-SBA |
| Plaintiff, | ) | |
| v. | ) | JOINT STIPULATION TO RESET CASE MANAGEMENT CONFERENCE; AND ORDER THEREON |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) | |
| Defendants. | ) | [Before the Honorable Saundra B. Armstrong] |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that the Case Management Conference be reset from April 26, 2007 to July 25, 2007 or thereafter at a time convenient for this Court.   Counsel for Defendant

has just received this case, and needs more time to review the case and formulate her arguments.

WHEREFORE, the parties respectfully submit this Stipulation to the Court for its approval to reset the Case Management Conference.

Dated: April 25, 2007          Respectfully Submitted,
                               ROSS, ROSE & HAMMILL, LLP


                               ___/S/_____
                               DAVID L. ROSS
                               Attorney for Plaintiff,
                               Roxanne Hercules



Dated: April 25, 2007          Respectfully Submitted,
                               SCOTT N. SCHOOL
                               United States Attorney



                               ___/S/_____
                               JOANN SWANSON
                               Assistant United States Attorney,
                               Chief, Civil Division
                               Attorneys for Defendant,
                               United States Department of Homeland Security

1
2
3 <u>ORDER</u>
4
5        IT IS SO ORDERED that the Case Management Conference is reset to July 25, 2007 at
6 2:45 p.m. The parties shall **<u>meet and confer</u>** prior to the conference and shall prepare a joint
7 Case Management Conference Statement which shall be filed no later than ten (10) days prior to
8 the Case Management Conference  that complies with the Standing Order For All Judges Of The
9 Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be
10 responsible for filing the statement as well as for arranging the conference call.  All parties shall
11 be on the line and shall call (510) 637-3559 at the above indicated date and time.
12
13
14
15
16
17
18 DATED:     4/30/07                                             *[signature: Saundra B. Armstrong]*
19                                                                              SAUNDRA B. ARMSTRONG
                                                                                 United States District Judge
20
21
22
23
24
25
26
27
28