SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5044
    FAX: (408) 535-5081
    James.Scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROXANNE HERCULES, ) | Case No. C 07-0270 SBA (EMC) |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE |
|     v. ) | |
| MICHAEL CHERTOFF, SECRETARY, ) US DEPARTMENT OF HOMELAND ) SECURITY, ) | |
|     Defendant. ) | |

STIPULATION AND REQUEST

    The parties, through counsel, hereby stipulate and request the Court to continue the settlement conference currently set for November 20, 2007, to January 28, 2008, at 10:00 a.m., on the following grounds:

    On November 8, 2007, on the Court's own motion, the Hon. James Ware set a hearing for November 20, 2007, at 10:00 a.m. in San Jose in the case of Williams v. California Department of Food and Agriculture, et al., No. C 07-05587. As Assistant United States Attorney James A. Scharf must attend that hearing, he will be unable to participate in the settlement conference in this case, which is scheduled for that same morning before Magistrate Judge Chen in San Francisco. Both parties therefore agree to continue this settlement conference to the next

1  available date, which the parties understand to be January 28, 2008, according to Magistrate
2  Judge Chen's staff.

4  DATED: November 9, 2007                              SCOTT N. SCHOOLS
                                                        United States Attorney

6                                                            /S/
                                                        JAMES A. SCHARF
                                                        Assistant United States Attorney
7                                                       Attorney for Defendants

8  DATED: November 9, 2007                                  /S/
9                                                       David Ross
                                                        Attorney for Plaintiff

11                              [PROPOSED] ORDER

13     Good cause appearing, it is hereby ordered that the settlement conference currently
scheduled for November 20, 2007, is continued to January 28, 2008, at 10:00 a.m. in Courtroom
C.  Settlement Conference Statements are due January 14, 2008.

17  DATED: November 13, 2007

                                                        Hon.
                                                        Mag.

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
Case No. C 07-0270 SBA                     -2-