UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE HERCULES, | No. C-07-0270 SBA (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SANCTIONS** |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. _____/ | |

On November 13, 2007, you were ordered to lodge a Settlement Conference Statement 14 days prior to the conference, which is scheduled for January 28, 2008 (*see* Docket No. 16). Your statement was due on January 14, 2008. As of this date, it has not been received by chambers.

IT IS HEREBY ORDERED that if a statement is not lodged by 12:00 Noon on Tuesday, January 22, 2008, Plaintiff and their attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

IT IS SO ORDERED.

Dated: January 18, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge