UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROXANNE HERCULES,  No. C-07-0270 SBA (EMC)

        Plaintiff,

        v.  **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **May 12, 2008, at 1:30 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

♦    **Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by May 5, 2008. Statements shall not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: January 28, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge