**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ROXANNE HERCULES,  No. C 07-0270 SBA

    Plaintiff,  **FINAL JUDGMENT**

v.

DEPARTMENT OF HOMELAND SECURITY, *et. al*,

    Defendants.

---

In accordance with the Court's Order on the Motion for Summary Judgment [Docket No. 20] filed by defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, in his official capacity; Department of Homeland Security; and Customs and Border Protection, judgment is GRANTED in favor of Michael Chertoff, Secretary, U.S. Department of Homeland Security, in his official capacity, on the claims brought by plaintiff Roxanne Hercules. All matters calendared in this action are VACATED. The Clerk shall CLOSE the file and terminate any pending matters.

    IT IS SO ORDERED.

April 28, 2008

                                                  _____
                                                  Saundra Brown Armstrong
                                                  United States District Judge